DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

In the Interest of J.B., a child
_____

R.B.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and GUARDIAN AD LITEM
PROGRAM,

Appellees.

No. 2D2023-2580

_____

June 28, 2024

Appeal from the Circuit Court for Hillsborough County; Lisa D. Campbell, Judge.

Constance Daniels, Brandon, for Appellant.

Mary Soorus of Children's Legal Services, Tampa, for Appellee Department of Children and Families.

Sara Elizabeth Goldfarb, Caitlin E. Burke, and Amanda Victoria Glass of Statewide Guardian ad Litem Office, Tallahassee, for Appellee Guardian ad Litem Program.

PER CURIAM.

Affirmed.

NORTHCUTT, CASANUEVA, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.